UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33640
  MADLYN NELSON HARPER
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-8225

---------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 09/10/2004 and was confirmed 11/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 12/14/2007.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | 7873.14 | .00 | 7873.14 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 163.07 | .00 | 163.07 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | 19535.99 | .00 | 19535.99 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 724.01 | .00 | 724.01 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4014.93 | .00 | 4014.93 |
| B-LINE LLC | UNSECURED | 4412.00 | .00 | 4412.00 |
| NORDSTROM FSB | UNSECURED | 217.39 | .00 | 217.39 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| PIER 1 IMPORTS | UNSECURED | 630.05 | .00 | 630.05 |
| RESURGENT ACQUISITION LL | UNSECURED | 2588.84 | .00 | 2588.84 |
| RADIO SHACK REGIONAL OFF | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 219.56 | .00 | 219.56 |
| RESURGENT ACQUISITION LL | UNSECURED | 3311.29 | .00 | 3311.29 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | .00 | .00 |
| VERIZON | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 509.34 | .00 | 509.34 |
| RESURGENT ACQUISITION LL | UNSECURED | 1045.54 | .00 | 1045.54 |
| WELLS FARGO FINANCIAL IL | SECURED | 1750.00 | 376.47 | 1750.00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 3,065.46 |
| DEBTOR REFUND | REFUND | | | 3,422.94 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                56,560.02

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 33640 MADLYN NELSON HARPER

```
PRIORITY                                                    .00
SECURED                                               29,322.20
     INTEREST                                            376.47
UNSECURED                                             17,672.95
ADMINISTRATIVE                                         2,700.00
TRUSTEE COMPENSATION                                   3,065.46
DEBTOR REFUND                                          3,422.94
                       ---------------       ---------------
TOTALS                        56,560.02             56,560.02
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE